IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**SHERMAN D. BROOKS,**
       **PLAINTIFF,**

**V.**                                 **Case No.  A-22-CV-963-RP**

**SALLY HERNANDEZ, et al.**
       **DEFENDANTS.**

## FINAL JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's order which dismissed Plaintiff Sherman D. Brooks case, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is hereby **ORDERED** that Plaintiff's case is **DISMISSED WITHOUT PREJUDICE** for want of prosecution. This case is **CLOSED**.

**SIGNED** on February 13, 2024.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE